*February 28, 2017*

2017-Ohio-701.]

**2017–0236.   Pi in the Sky, L.L.C. v. Testa.**
Board of Tax Appeals, No. 2015–2005. On motion for admission pro hac vice of Letisha D. Bivins. Motion granted.

**2017–0150.   State ex rel. Peterson v. Gwin.**
In Procedendo. On relator's application for dismissal. Application granted. Cause dismissed.

*March 1, 2017*

2017-Ohio-717.]

**2012–0902.   State v. Belton.**
Lucas C.P. No. CR0200802934000. On appellant's motion for appointment of counsel. Motion granted. Elizabeth Arrick is appointed to represent appellant for the purpose of filing an application to reopen his direct appeal pursuant to S.Ct.Prac.R. 11.06.

**2015–1904.   Lorring v. Cleveland.**
In Mandamus. On joint stipulation of dismissal with prejudice. Cause dismissed with prejudice.